Peter J. Schulz, Esq. (SBN 167646)
pjs@gtlaw.cc
GRECO TRAFICANTE SCHULZ & BRICK
600 West Broadway, Suite 960
San Diego, California 92101
Tel:   (619) 234-3660
Fax:   (619) 234-0626

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ERIN CHRISTENSEN, | Case No.: 3:17-cv-01844-GPC-JMA |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| TARGET CORPORATION, | |
| Defendant. | |

Pursuant to the Joint Motion to Dismiss Entire Action with Prejudice filed by the parties and good cause appearing therefore, the Court orders as follows: This entire action is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED.

Dated: November 15, 2017

_____
Hon. Gonzalo P. Curiel
United States District Judge